EDNA W. JOHNSON et al., as Administrators de Bonis Non of the Estate of HANNAH E. TAYLOR, Deceased, Respondents, *v.* FLORENCE C. WOODSON et al., Defendants, and BREVOORT SAVINGS BANK, Appellant.

(Submitted April 25, 1932; decided May 10, 1932.)

*C. Elmer Spedick* for appellant.

*Thomas L. Driscoll* for respondents.

Appeal dismissed, without costs, on the ground that no appeal of right lies to this court; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.